# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10cr4623-LAB and 13cv1626-LAB |
|---|---|
| Plaintiff/Respondent, vs. | **ORDER DENYING MOTION PURSUANT TO 28 U.S.C. § 2255** |
| RICARDO ROBLEDO CASTANEDA, Defendant/Petitioner. | |

On May 12, 2011, the Court sentenced Defendant and Petitioner Ricardo Robledo Castaneda to 120 months imprisonment, followed by supervised release and a $100 assessment. He took an appeal, arguing that he should have received the benefit of safety valve relief and a minor role adjustment. The Ninth Circuit rejected these arguments, and affirmed the sentence. *See United States v. Castaneda*, 470 Fed. Appx. 683 (9th Cir. 2012).

Castaneda has now filed a motion pursuant to 28 U.S.C. § 2255, raising the same two issues. In light of the Ninth Circuit's ruling, the Court lacks authority to grant that relief. *See also Castaneda* at 684 (holding that minor role issue was moot).

/ / /
/ / /
/ / /
/ / /
/ / /

In addition, Castaneda filed his motion a year and four months after the Ninth Circuit's mandate issued, so it is also time-barred. *See* 28 U.S.C. § 2255(f) (setting forth one-year limitations period).

The motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: July 15, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge